**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN THE MATTER OF MID-AMERICA FUELS, INC. AS OWNER *PRO HAC VICE* : OF THE M/V SUE FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CASE NO. 10-352-DRH**<br><br>**IN ADMIRALTY** |

## RESTRAINING ORDER

This matter, having come before the Court on motion of Petitioner Mid-America Fuels, Inc., as owner *pro hac vice* of the M/V Sue ("Petitioner"), and the Court being sufficiently advised, it is hereby

ORDERED AND ADJUDGED, that the institution and presentation of any and all suits, actions or legal proceedings of any nature or description whatsoever against the M/V Sue and Petitioner, except in this proceeding for limitation, are hereby restrained with respect to any claim against said vessel or corporations as owner *pro hac vice* of the M/V Sue, arising out of or connected with the alleged incident which occurred on March 11, 2009 which resulted in the sinking of the M/V Hartford Beaver.

IT IS FURTHER ORDERED AND ADJUDGED that service of this Restraining Order be made on the representatives of Vincent R. Deering at the addresses set forth on the attached Schedule "A."

IT IS FURTHER ORDERED AND ADJUDGED that the above named potential claimants be and the same are hereby restrained and enjoined from initiating or prosecuting any legal or administrative action or any other adversary proceeding relating to the liability of Petitioner and/or the M/V Sue with respect to the alleged incident of March 11, 2009, except in this action.

Dated this 17th day of May, 2010.

/s/ David R Herndon
United States Chief District Judge

## SCHEDULE A

Fritz G. Faerber
Christine E. Anderson
FAERBER & ANDERSON, P. C.
720 Olive Street, Suite 2260
St. Louis, MO 63101
fritz@faerberanderson.com
chris@faerberanderson.com

Roy C. Dripps
Armbruster Dripps Winterscheidt & Blotevogel, LLC
219 Piasa Street
P. O. Box 8338
Alton, IL 62002
RoyD@ADWBlaw.com
*Attorneys for Deering*